ANNIE WEISBERG, Respondent, *v.* MICHAEL A. ELIAS, Appellant.

(Argued October 20, 1930; decided November 18, 1930.)

*Samuel Sturtz* for appellant.

*Stanley S. Groggins* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, for the reason stated in the dissenting memorandum of O'MALLEY, J., in the court below; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.